[No. 26404-8-II.   Division Two.   October 12, 2001.]

*In the Matter of the Guardianship of* JARILYN ROMNEY.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-4-00416-1, Nile E. Aubrey, J., and David Johnson, J. Pro Tem., entered August 14, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J, and Houghton, J.

[No. 26585-1-II.   Division Two.   October 12, 2001.]

*In the Matter of the Marriage of* SUSAN KWOK-YEE, *Respondent*, and YUEN SAN YEE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-3-00921-6, Karen B. Conoley, J., entered October 13, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 26774-8-II.   Division Two.   October 12, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL ALLEN SMYTH, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-01025-4, Stephen M. Warning, J., entered December 15, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 27069-2-II.   Division Two.   October 12, 2001.]

*In the Matter of the Marriage of* JAMES STEPHEN MILAM, *Appellant*, and CHRISTINA LYNN MILAM, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 00-3-00136-4, Paula Casey, J., entered February 7, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.